**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Sherman A. TRIPP,**
**Defendant/Appellant.**

**No. ED 102247**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 24, 2015

William J. Swift, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Christine K. Lesicko, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Lisa Van Amburg, C.J., Sherri B. Sullivan, P.J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM

Sherman Tripp appeals the trial court's judgment, after a bench trial, convicting him of assault of a law enforcement officer and resisting arrest. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

Before Robert M. Clayton, III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.